UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>KELECHI UMEH | 22-mj-01286 |

**AFFIDAVIT OF KELECHI UMEH ON THE UNKNOWN LOCATION OF HIS PASSPORT**

I, Kelechi Collins Umeh, state that the following is true and correct to the best of my knowledge, information, and belief:

1. My name is Kelechi Collins Umeh and I am the defendant in the above-referenced matter.

2. I understand that I am to surrender my passport as a condition of my release.

3. I do not have my passport in my possession, nor do I know the whereabouts of my passport after a diligent search.

4. If I locate my passport, I will immediately notify the United States Probation Department.

5. Consistent with the Court's Order, I will not seek to have a new passport issued.

Signed under the pains and penalties of perjury.

Date: 9/13/2022

Respectfully submitted,

_____
Kelechi Collins Umeh